**Leonard BIERI, III, Plaintiff–Appellant**

**v.**

**GREENE COUNTY PLANNING AND ZONING DEPARTMENT; Scarlett Investments, LLC; First Home Savings Bank, Defendants–Appellees.**

**No. 15–1083.**

United States Court of Appeals, Eighth Circuit.

Submitted: July 2, 2015.

Filed: July 8, 2015.

Leonard Bieri, III, Springfield, MO, pro se.

John W. Housley, Greene County Counselor, Springfield, MO, for appellee Greene County Planning & Zoning Dept.

Lee J. Viorel, Lowther Johnson, LLC, Springfield, MO, for appellee First Home Savings Bank.

Before SHEPHERD, BYE, and KELLY, Circuit Judges.

PER CURIAM.

Missouri resident Leonard Bieri appeals the district court's [1] dismissal of his pro se complaint. Also pending in this court is his request for certification, seeking to require the Missouri attorney general to intervene. After careful de novo review, we conclude that Bieri's complaint was properly dismissed. *See Levy v. Ohl,* 477 F.3d 988, 991 (8th Cir.2007) (grant of motion to dismiss is reviewed de novo). Accordingly, we affirm. *See* 8th Cir. R. 47B. The request for certification is denied.

---

1. The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.